FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FERNANDO GARCIA,<br><br>Defendant. | Case No. SA CR 11-201-CJC<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On February 19, 2016, Defendant John Fernando Garcia appeared before the Court for initial appearance re revocation of supervised release in the above entitled matter, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of background information

☒ Criminal History suggests use of aliases and includes arrests for probation violations warrants. [1]

☒ Allegations in petition, which include use of methamphetamine and failure to report for substance abuse treatment

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Drug use

☒ Allegations in petition

☒ Prior Convictions include misdemeanor possession of controlled substance and threats and infliction of corporal injury on spouse or co-habitant.

---

[1] See Presentence Report, United States v. John Fernando Garcia, SA CR 11-00201-CJC (Docket No. 23).

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: February 19, 2016

/s/
HON. ALKA SAGR
UNITED STATES MAGISTRATE JUDGE